MICHAEL TUCH FOUNDATION, INC., Landlord, Respondent, *v.* C. HAZELCORN, INC., Tenant, Appellant, et al., Tenants, and JOHN ROE et al., Undertenants.

Supreme Court, Appellate Term, Second Department, April 10, 1947.

*Douglass Newman* for appellant.

*Eugene Tuck* for respondent.

Final order and judgment affirmed, with $25 costs.

Concur: MACCRATE, STEINBRINK and COLDEN, JJ.